EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  Harry.Yee@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| C.C. DAVIS, Individually and as Personal Representative of the Estate of DIAMOND DAVIS, Deceased; KIM DAVIS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNITED STATES OF AMERICA; WAIANAE COAST COMPREHENSIVE HEALTH CENTER; JEFFREY CHING, M.D.; DAN SMITH, P.A.C.,<br><br>    Defendants. | CIVIL NO. 07-00461 ACK LEK<br><br>STIPULATION TO DISMISS DEFENDANTS WAIANAE COAST COMPREHENSIVE HEALTH CENTER, JEFFREY CHING, M.D., DAN SMITH, P.A.C.; ORDER |

STIPULATION TO DISMISS DEFENDANTS WAIANAE COAST COMPREHENSIVE HEALTH CENTER, JEFFREY CHING, M.D., DAN SMITH, P.A.C.

IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to 42 U.S.C. § 233(a) and Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action as to Defendants Waianae Coast Comprehensive Health Center, Jeffrey

Ching, M.D., and Dan Smith, P.A.C. be dismissed with prejudice, each party to bear its own costs.

Dated: November 29, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Stuart M. Kodish                    /s/ Harry Yee
_____          By _____
STUART M. KODISH                    HARRY YEE
Attorney for Plaintiffs             Assistant U.S. Attorney

Attorneys for Defendant

APPROVED AND SO ORDERED.

_____
Alan C. Kay
Sr. United States District Judge

C.C. Davis, et al. v. USA, et al.
Civil 07-00461 ACK LEK
"STIPULATION TO DISMISS DEFENDANTS WAIANAE COAST COMPREHENSIVE HEALTH CENTER, JEFFREY CHING, M.D., DAN SMITH, P.A.C."