AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| C. C. DAVIS, individually and as Personal Representative of the Estate of Diamond Davis, Deceased; and KIM DAVIS<br><br>Plaintiff(s),<br><br>V.<br><br>UNITED STATES OF AMERICA<br><br>Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 07-00461 ACK-LEK<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>May 26, 2009<br><br>At 1 o'clock and 45 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**.  This action came to trial before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of the Defendant United States of America and against the Plaintiffs pursuant to the "Findings of Fact, Conclusions of Law, and Decision" filed May 26, 2009.

| May 26, 2009 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |